MᴄCʟᴀɪɴ, Aᴘᴘᴇʟʟᴇᴇ, *v.* Tʜᴇ Sᴛᴀᴛᴇ ᴏғ Oʜɪᴏ, Aᴘᴘᴇʟʟᴀɴᴛ.

[Cite as *McClain v. State*, 144 Ohio St.3d 321, 2015-Ohio-5093.]

(No. 2014–1519—Submitted October 13, 2015—Decided December 10, 2015.)

---

{¶ 1} The judgment of the court of appeals is affirmed, and the case is remanded to the trial court for further proceedings on the authority of *C.K. v. State,* —— Ohio St.3d ——, 2015-Ohio-3421, —— N.E.3d ——.

O'Cᴏɴɴᴏʀ, C.J., and Pғᴇɪғᴇʀ, O'Dᴏɴɴᴇʟʟ, Lᴀɴᴢɪɴɢᴇʀ, Kᴇɴɴᴇᴅʏ, Fʀᴇɴᴄʜ, and O'Nᴇɪʟʟ, JJ., concur.

---

Michael DeWine, Ohio Attorney General, Eric E. Murphy, State Solicitor, Michael J. Hendershot, Chief Deputy Solicitor, Jeffrey Jarosch, Deputy Solicitor, and Debra Gorrell Wehrle, Assistant Attorney General, for appellant.

Koenig & Long, L.L.C., and Todd A. Long, for appellee.